## R. W. Lange, *Appellant,* v. Lyman Hall, *Appellee.*

### No. 47,626

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Opinion filed April 5, 1975.

*R. H. Calihan, Jr.,* of Calihan, Green, Calihan & Loyd, of Garden City, argued the cause and was on the brief for the appellant.

*Carl B. Anderson,* of McKinley and Anderson, of Sublette, argued the cause, and *Arthur B. McKinley,* of the same firm, was with him on the brief for the appellee.

Fontron, J. Affirmed.

Fromme, J., not participating.

## John D. Scholl and Rosemary Scholl, *Appellants,* v. Dale M. Townsend and Alma M. Townsend, *Appellees.*

### No. 47,683

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Opinion filed April 5, 1975.

*William H. Stowell,* of Phillipsburg, argued the cause and *Doris Dixon Stowell,* of Phillipsburg, was with him on the brief for the appellants.

*William J. Ryan,* of Ryan & Kent, Chartered, of Norton, argued the cause, and was on the brief for the appellees.

Schroeder, J. Affirmed in part and reversed in part.